Case 4:04-mc-00003-RRB   Document 18   Filed 07/11/2006   Page 1 of 2

ASCHENBRENNER LAW OFFICES, INC.
823 Second Avenue
P.O. Box 73998
Fairbanks, Alaska 99701
(907) 456-3910



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al., | |
| Plaintiffs, | |
| v. | |
| E. BROWN INCORPORATED, d/b/a INTERNATIONAL STEEL, an Alaskan Corporation, | |
| Defendant. | |

Case No. F04-0003 MI

## APPLICATION FOR RELEASE OF FUNDS

Plaintiffs Locals 302 and 612 of the Operating Engineers Construction Industry Health and Security Fund, by and through their undersigned counsel, Aschenbrenner Law Offices, Inc., hereby request that the funds in the amount of $9,993.32 held in court be released to Plaintiffs' counsel, Aschenbrenner Law Offices, Inc. This application is supported by the Affidavit of Counsel filed herewith. A proposed form of order is lodged herewith.

DATED at Fairbanks, Alaska this _11_ day of July, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Locals 302 and 612

By: _____
Peter J. Aschenbrenner
Bar No. 7210037

**CERTIFICATE OF SERVICE**

    The undersigned states that he/she is an employee of Aschenbrenner Law Offices, Inc. and he/she caused to be served on:

E. Brown Incorporated
 dba International Steel
P.O. Box 92890
Anchorage, AK 99509

by first class mail the foregoing

1. Application to Release Funds;
2. Affidavit of Counsel; and
3. proposed Order

on the ___11___ day of July, 2006 in accordance with Rule 5, Fed. R. Civ. P.

_/s/_