ASCHENBRENNER LAW OFFICES, INC.
823 Second Avenue
P.O. Box 73998
Fairbanks, Alaska 99701
(907) 456-3910

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
CONSTRUCTION INDUSTRY HEALTH
AND SECURITY FUND; et al.,

       Plaintiffs,
  v.

E. BROWN INCORPORATED, d/b/a
INTERNATIONAL STEEL, an Alaskan
Corporation,
       Defendant.

Case No. 4:04-mc-00003-RRB

**MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S**
**UNOPPOSED APPLICATION FOR RELEASE OF FUNDS**

Plaintiff 302 and 612 of the Operating Engineers Construction Industry Health and Security Fund, by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby moves this Court for expedited consideration of its Unopposed Application for Release of Funds filed on July 11, 2006 at Docket No. 18. This motion is made pursuant to Federal Rules of Civil Procedure 7 and is supported by the Affidavit of Peter J. Aschenbrenner filed herewith. A proposed Order is lodged herewith.

DATED at Fairbanks, Alaska this 13th day of July, 2006.

        ASCHENBRENNER LAW OFFICES, INC.
        Attorneys for Locals 302 and 612

        By:   /s/ Peter J. Aschenbrenner
              Peter J. Aschenbrenner
              Bar No. 7210037

**CERTIFICATE OF SERVICE**

The undersigned states that he/she is an employee of Aschenbrenner Law Offices, Inc. and he/she caused to be served on:

E. Brown Incorporated
 dba International Steel
P.O. Box 92890
Anchorage, AK  99509

by first class mail the foregoing

1. Motion for Expedited Consideration of Plaintiff's Unopposed Application for Release of Funds
2. Affidavit of Peter J. Aschenbrenner; and
3. proposed Order

on the 13th day of July, 2006 in accordance with Rule 5, Fed. R. Civ. P.

/s/ Peter J. Aschenbrenner
Peter J. Aschenbrenner