ASCHENBRENNER LAW OFFICES, INC.
823 Third Avenue
P.O. Box 73998
Fairbanks, Alaska 99701
(907) 456-3910

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al., <br><br> Plaintiffs, <br> v. <br><br> E. BROWN INCORPORATED, d/b/a INTERNATIONAL STEEL, an Alaskan Corporation, <br> Defendant. | Case No. 4:04-mc-00003-RRB |

**PROPOSED ORDER**

THIS MATTER, having come before the Court on Plaintiff's Motion for Expedited Consideration of Plaintiff's Unopposed Application for Release of Funds, and the Court being otherwise fully apprised in the circumstances,

IT IS HEREBY ORDERED that Plaintiff's Motion for Expedited Consideration is GRANTED.

DATED this ____ day of _____, 2006.

_____
U.S. District Court Judge