ASCHENBRENNER LAW OFFICES, INC.
823 Third Avenue
P.O. Box 73998
Fairbanks, Alaska 99701
(907) 456-3910

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
CONSTRUCTION INDUSTRY HEALTH
AND SECURITY FUND; et al.,

        Plaintiffs,
v.

E. BROWN INCORPORATED, d/b/a
INTERNATIONAL STEEL, an Alaskan
Corporation,
        Defendant.

Case No. 4:04-mc-00003-RRB

### AFFIDAVIT OF PETER J. ASCHENBRENNER

STATE OF ALASKA        )
                              :ss.
FOURTH JUDICIAL DISTRICT  )

    I, Peter J. Aschenbrenner, being first duly sworn this 13th day of July, 2006, upon oath, depose and state:

    1. I am counsel for Plaintiffs in this action, and I make this affidavit in support of the foregoing Motion for Expedited Consideration of Plaintiff's Unopposed Application for Release of Funds.

    2. The sum of $9,993.32, obtained from a Writ of Execution, has been held in the court registry due to Defendant's chapter 11 bankruptcy filing in Case No. A05-00072 DMD.

    3. U.S. Bankruptcy Court Judge Donald MacDonald, in his Order Confirming Debtor's Amended Plan of Reorganization dated April 14, 2006, states in ¶9 as follows:

The Operating Engineers Trust Funds has an allowed secured claim in the amount of $9,993.32, secured by funds seized pre-petition by a writ of execution. The Debtor has agreed to modify the stay to allow the Operating Engineers to collect such funds from the court registry in which they are currently being held.

A certified copy of the Order Confirming Debtor's Amended Plan of Reorganization was attached Plaintiff's Application for Release of Funds as Exhibit A.

4. As the Debtor has agreed that the funds can be released from the court registry and Judge MacDonald has confirmed the plan, Plaintiff's Application for Release of Funds is unopposed.

5. Thus, so as not to tie up the funds being held in the court registry any longer, Plaintiff respectfully requests that its motion for expedited consideration be granted and that the funds held by the court in the amount of $9,993.32 be released to Plaintiff's counsel pursuant to Plaintiff's Application to Release Funds.

DATED at Fairbanks, Alaska on the date first hereinabove written.

_____
Peter J. Aschenbrenner

SUBSCRIBED and SWORN TO before me this 12th day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 6/1/2010