ASCHENBRENNER LAW OFFICES, INC.
823 Third Avenue
P.O. Box 73998
Fairbanks, Alaska 99701
(907) 456-3910

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al.,<br><br>    Plaintiffs,<br>  v.<br><br>E. BROWN INCORPORATED, d/b/a INTERNATIONAL STEEL, an Alaskan Corporation,<br>    Defendant. | 4:04-mc-00003-RRB |

Case No. F04-0003 MI

### ORDER TO RELEASE FUNDS

Based upon the Application to Release Funds, noting no opposition thereto, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the funds in the amount of $9,993.32, which are being held in Court, shall be released to Plaintiffs' attorney, Aschenbrenner Law Offices, Inc.

DATED this 14 day of July, 2006.

**REDACTED SIGNATURE**

RALPH R. BEISTLINE
U.S. District Judge